O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHAD GIESE,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　　　　Respondent. | Case No.:  2:21-cv-08535-MEMF-JPRx<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [ECF NO. 33], DENYING MOTION TO DISMISS [ECF NO. 8], AND GRANTING PETITIONER'S MOTION TO WITHDRAW MOTION TO STAY [ECF NO. 25]** |

/ / /

/ / /

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (ECF No. 1), the other records on file herein, and the Magistrate Judge's Report and Recommendation (ECF No.33). The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss (ECF No. 8) is denied.
2. Petitioner's motion to withdraw his stay motion is granted (ECF No. 25).
3. Respondent file an answer to the Petition no later than 45 days from the date of this Order.
4. The clerk serve this Order on all counsel or parties of record.

Dated: March 30, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge