JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CHAD GIESE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>CRAIG KOENIG, Warden,<br><br>　　　　　　Respondent. | Case No. CV 21-8535-MEMF (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

　　　IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: February 5, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE